JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (LOS ANGELES)

| | |
|---|---|
| EDWARD PRUITT,<br><br>    Plaintiff,<br><br>vs.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA,<br><br>    Defendant. | Case No. 2:18−cv−8204 JFW (JPRx)<br><br>**ORDER GRANTING STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: John F. Walter (First Street)<br>Ctrm: 7A<br><br>Complaint Filed: September 21, 2018 |

Based upon the stipulation of the parties and for good cause shown,

IT IS HEREBY ORDERED that this action, Case No. 2:18−cv−8204 JFW (JPRx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that all dates set in this matter are vacated and taken off the Court's calendar.

IT IS HEREBY FURTHER ORDERED that each party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: January 24, 2019

                                                        HON. JOHN F. WALTER
                                                        UNITED STATES DISTRICT JUDGE

168203.1

1

Case No. 2:18−cv−8204 JFW (JPRx)
ORDER GRANTING STIPULATION TO
DISMISS ENTIRE ACTION WITH PREJUDICE